**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01572-LTB-MJW

STANLEY CULVER,

       Plaintiff,

v.

ALLIED INTERSTATE LLC, a Minnesota limited liability company,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 6 - filed July 19, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                    BY THE COURT:

                      s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:  July 20, 2012